# EXHIBIT H

# GARY YEOMANS
FORD | LINCOLN | MERCURY | MAZDA

1420 Tomoka Farms Road • (386) 259-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-08675

INVOICE NO. MACS635638

| CUSTOMER NO. | 177506 |
|---|---|
| | CHRIS DECKER |
| | 1709 SUNRISE DR |
| | BIG PINE KEY, FL 33043-5008 |
| ADVISOR | PAUL THIEL |
| TAG NO. | 4630 7400 |
| INVOICE DATE | 03/10/09 |
| MILEAGE | 67,138 |
| COLOR | BLUE/ |
| YEAR/MAKE/MODEL | 04/MAZDA/RX-8/2 DOOR COUPE |
| VEHICLE ID NO. | JM1FE173540113658 |
| RESIDENCE PHONE | 305-394-1137 |
| R.O. DATE | 12/29/08 |

LABOR & PARTS  MO: 67144

**J# 1 15FOZ    DRIVABILITY    TECH(S):4544    187.76**
CUSTOMER STATES THE VEH IS TOWED IN. VEH CRANKS SLOWLY
BUT DOES NOT START...EXTND WARRANTY...ADVISE.
VEH FLOODED...DEFLOOD, CHECK COMPRESSION, AND TEST ENGINE
DATA.
PERFORMED DIA CHECKOUT, PSI TEST, CLEANED INTAK SYSTEM,
OIL SERVICE.

PARTS----QTY---FP-NUMBER------------DESCRIPTION---------UNIT PRICE-
JOB # 1 TOTAL PARTS  0.00
JOB # 1 TOTAL LABOR & PARTS  187.76

**J# 2 01FOZ99P    MULTI-POINT INSP    TECH(S):4544    INTERNAL**
PERFORM MULTI-POINT INSP.
INSP COMPLETED

PARTS----QTY---FP-NUMBER------------DESCRIPTION---------UNIT PRICE-
JOB # 2 TOTAL PARTS  0.00
JOB # 2 TOTAL LABOR & PARTS  0.00

**J# 3 06FOZ1    ALL ENGINE    TECH(S):4544    104.50**
CUSTOMER STATES OK TO REPLACE THE BROKEN RH ENGINE MOUNT.
R/R MOTOR MOUNT.
1.10HRS.

PARTS----QTY---FP-NUMBER------------DESCRIPTION---------UNIT PRICE-
JOB # 3   1   FE01-39-040    RUBBER R ,ENGI    137.02    137.02
JOB # 3 TOTAL PARTS  137.02
JOB # 3 TOTAL LABOR & PARTS  241.52

**J# 4 06FOZMISC    ENGINE/MISC    TECH(S):4544    104.50**
CUSTOMER STATES OK TO REPLACE THE LH BROKEN ENGINE MOUNT.
R/R LH MOTOR MOUNT
1.10HRS.

PARTS----QTY---FP-NUMBER------------DESCRIPTION---------UNIT PRICE-
JOB # 4   1   FE01-39-050    RUBBER L ,ENGI    97.10    97.10
JOB # 4 TOTAL PARTS  97.10
JOB # 4 TOTAL LABOR & PARTS  201.60

**J# 5 08FOZMISC    COOLING MISC    TECH(S):4544    304.00**
CUSTOMER STATES OK TO REPLACE THE CRACKED COOLANT RECOVERY
TANK...LEAKS AND LOW ON COOLANT.
R/R COOLANT TANK ASSEMBLY.- 1.00HRS. -R/R COOLANT RADITOR
ASSMBLY 2.50HRS.

PARTS----QTY---FP-NUMBER------------DESCRIPTION---------UNIT PRICE-
JOB # 5   1   N3H1-15-350L    TANK,SUB-RADIA    209.76    209.76
JOB # 5   1   N3H6-15-200D    RADIATOR    423.32    423.32
JOB # 5   1   0000-77-501E-02  MAZDA COOLANT    21.58    21.58

---

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. (s. 559.904(4))

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s. 403.718), and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (s. 403.7185).

---

PAGE 1 OF 2          ACCOUNTING COPY          [CONTINUED ON NEXT PAGE] 10:00am

EXHIBIT 3  Decker

MD35



# GARY YEOMANS
FORD | LINCOLN | MERCURY | MAZDA

1420 Tomoka Farms Road • (386) 253-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

MACS635638

MACS635638

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 177506 | PAUL THIEL 4630 | 7400 | 03/10/09 | MACS635638 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| CHRIS DECKER | | | 67,138 | BLUE/ | |
| 1709 SUNRISE DR | YEAR/MAKE/MODEL | | | DELIVERY DATE | DELIVERY MILES |
| BIG PINE KEY, FL 33043-5008 | 04/MAZDA/RX-8/2 DOOR COUPE | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | JM1FE173540113658 | | | | |
| | F.T.E. NO. | | P.O. NO | R.O. DATE | |
| | | | | 12/29/08 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | |
|---|---|---|---|---|
| 305-394-1137 | | | | MO: 67144 |

JOB # 5 TOTAL PARTS 654.66
JOB # 5 TOTAL LABOR & PARTS 958.66

(CHECK (✓) APPROPRIATE BOX)
CLAIMS REVIEW | AUTHORIZATION TO SUBMIT CLAIM | PART SCRAP OUT
P & A CODE 04780

JOB: C+16FOZ1   MISC DIESEL WORK   TECH(S):A544   235.86
REPLACE COILS AND WIRES.
PERFORMED SERVICE, AND NEEDS BATTERY, AND TIRES.

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES
This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal. (s. 559.904(4))

PARTS....QTY...FP.NUMBER..............DESCRIPTION..............UNIT PRICE
                                        JOB # 6 TOTAL PARTS    0.00
                                        JOB # 6 TOTAL LABOR & PARTS   235.86

MISC....CODE....DESCRIPTION..............CONTROL NO........
JOB # A   SHOP DISPOSAL FEE & SUPPLIES                  35.95
JOB # 1   ITAX   TAX                                    36.36
                                        TOTAL - MISC    72.31

The State of Florida requires a $1.00 fee to
be collected for each new tire sold in the
state (s. 403.718), and a $1.50 fee to be
collected for each new or remanufactured
battery sold in the state (s. 403.7185).

COMMENTS
TOWED IN/EXTD WARRANTY CALL 800-247-9469/
GE AUTO WARRANTY AUTH F081292301...FOR $1,302.06 AFTER CUSTOMER
DEDUCTABLE OF $100.00
CUSTOMER TO PAY $595.65 WICH INCLUDES THE DEDUCTABLE AND TAXE......
NOTE PARTS AND LABOR WARRANTY IS 12 MOS. OR 12,000 MILES WHICHEVER
OCCURS FIRST...CUSTOMER PROVIDED HER OWN CUSTOMER PAY PARTS.......

TOTALS

( )CASH  ( )CHECK  ( )CHARGE  ( )H/C  ( )VISA  ( )AM/EX
MV-06675
QUICKLANE HRS OPEN  MON-FRI 7AM-7PM  SAT 8AM-5PM
MAIN SHOP HRS OPEN  MON-FRI 7AM-6PM  SAT 8AM-NOON
BODY SHOP HRS OPEN  MON-FRI 8AM-6PM  PHONE 386-274-6757
BODY SHOP ADDRESS  1320 TOMOKA FARMS ROAD, D.B. FL 32124
SHOP SUPPLIES, THIS CHARGE REPRESENTS COSTS AND PROFITS TO
THE MOTOR VEHICLE REPAIR FACILITY FOR ITEMS SUCH AS
MISCELLANEOUS SHOP SUPPLIES AND/OR WASTE DISPOSAL.

WE THANK YOU FOR LETTING US SERVE YOU. YOU MAY BE
RECEIVING A SURVEY FROM FORD MOTOR CO. IF FOR ANY REASON
YOU CANNOT ANSWER ALL THE QUESTIONS "COMPLETELY SATISFIED"
PLEASE CALL US. WE WILL DO ALL WE CAN TO MAKE SURE THAT
ALL YOUR CONCERNS ARE RESOLVED TO YOUR SATISFACTION.

TOTAL LABOR.... 936.62
TOTAL PARTS.... 888.78
TOTAL SUBLET... 0.00
TOTAL G.O.G.... 0.00
TOTAL MISC CHG. 72.31
TOTAL MISC DISC 0.00
TOTAL TAX...... 0.00

TOTAL INVOICE $ 1897.71

GARY YEOMANS FORD
1420 TOMOKA FARMS RD
DAYTONA BCH FL 32124
386-253-6771

TERMINAL ID :         79322352
MERCHANT #:    428137841701540

VISA
************4823
SALE
BATCH# 000259
INVOICE: 635638
MAR 12, 09           09:01
RRN: 907114617312
AUTH NO: 004295

TOTAL            $595.65

MEGHAN E.MRS DECKER
        THANK YOU
     PLEASE COME AGAIN

CUSTOMER SIGNATURE    DUPLICATE INVOICE    ***************************

PAGE 2 OF 2    ACCOUNTING COPY    [ END OF INVOICE ] 10:00am

The Reynolds and Reynolds Company

MD34

EXHIBIT H
95