# EXHIBIT L

# Mason's Automotive Repair Inc.
Our 47TH Year
4575 Ridgewood Ave
Port Orange, Fl 32127
(386)767-9079

**ESTIMATE**

3 month/ 4000 mile warranty
On all parts and labor unless otherwise specified

Intended Payment Method: NOT DECIDED
Proposed Completion Date: 01/22/10

Name: MEGAN DECKER
Address: 2551 CARAL WAY EAST
City/St/Zip: DAYTONA BEACH FL 32118
Other Authorized Person:
Home PH: (386)527-6242
Work PH: (386)761-9400
Date: 01/22/10   Time: 07:57 Am
Tel:   Mlg in: 80691
Tag: 425IQK   Mlg out: 80691  SW:
Year/Make/Model: 2004 Mazda RX-8
Vin: JM1FE173540135508
Save Old Parts: Yes  No  (core may apply)

Florida Registration M1800723   Center ID:   Trans:

Customer Complaint / Problem : NO START

| LABOR CHARGES BASED ON: | ESTIMATE/DIAGNOSTIC FEE |
|---|---|
| [ ] FLAT RATE   [X] BOTH | $40.00 / OR HOURLY AT |
| [ ] HOURLY RATE: $80.00 | $80.00  PER HOUR |

diagnose no start, chk tabs for remove plugs, do repeated deifloods of engine add fluid to cylinders to re build compression. replace plugs

240.00 MIN
MIN

## PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW AND SIGN;

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

___ I REQUEST A WRITTEN ESTIMATE
___ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED
$_____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
___ I DO NOT REQUEST A WRITTEN ESTIMATE

SIGNED: _____ DATE: _____

(U)nused  (R)/Rebuilt  RC/Reconditioned  NC/No Chg/Warranty  RD/Reduced Warranty

| Qty |  | Description |  |  |
|---|---|---|---|---|
| 2.00 |  | ngk spark plug trop 6700(N) | 29.18 | 58.36 |
| 2.00 |  | ngk spark plugs 6701(N) | 29.18 | 58.36 |
| 1.00 | PC | PARTS CLEANER | 6.50 | 6.50 |
| 1.00 |  | fluid for cylinders(N) | 4.50 | 4.50 |

A STORAGE FEE OF $ 15.00 PER DAY MAY BE APPLIED TO VEHICLES WHICH ARE NOT CLAIMED WITHIN 3 WORKING DAYS OF NOTIFICATION OF COMPLETION

Estimate good for 30 days. This repair facility is not responsible for damage caused by theft, fire, or acts of nature. I hereby authorize the above repairs, including sublet work along with the necessary materials. You and your employees may operate my vehicle for the with purpose of testing inspection and delivery at my risk. If I cancel repairs prior to completion for any reason, a teardown and reassembly fee of _____ $ will be applied.

Signed X_____  Date _____

| | |
|---|---:|
| Parts | 127.72 |
| Labor | 240.00 |
| Sublet | 0.00 |
| Deposit | 0.00 |
| Gasoline | 0.00 |
| Discount | 0.00 |
| **Shop Supplies | 25.00 |
| ***Fees | 0.00 |
| Sub Total | 392.72 |
| Sales Tax | 25.53 |
| BALANCE DUE | 418.25 |

*This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. **FS403.718 mandates a $1.00 fee for each new tire sold in the State of Florida.  ***FS403.7185 mandates a $1.50 fee for each new or remanufactured battery sold in the State of Florida.


EXHIBIT 4

MD33

EXHIBIT L
135