





**STAR MAZDA**
*"the Star Supercenter"*

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

B.A.R. # REG ARD 009143

Phone: (818) 247-1903
Service Direct: (818) 502-1494
Fax: (818) 248-0593
E.P.A. # CAD 981445158

CELL: 323-403-6616

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 61057 | WILFREDO RIVERA  939 | 1551 | 07/09/10 | MACS628179 |
| | LABOR RATE  LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
| | 6FVK365 | 53,938 | SILVER/ | |
| | YEAR/MAKE/MODEL | | DELIVERY DATE | DELIVERY MILES |
| | 04/MAZDA/RX-8/4DR CPE AT | | | |
| | VEHICLE I.D. NO. | | SELLING DEALER NO. | PRODUCTION DATE |
| | JM1FE17NX401 23927 | | | |
| | R.T.S. NO. | P.O. NO. | R.O. DATE | |
| | | | 07/08/10 | |

CHRISTINA PASCHAL
4312 BRUNSWICK AVE
LOS ANGELES, CA 90039

christina.castellan@gmail.com

MO: 53938

LABOR & PARTS
J# 1 06MAZFC         CHECK ENGINE LIGHT          TECH(S):250          WARRANTY
  -TOWED IN CUST STS ENGINE SLOW CRANKS BUT WON'T START

  UPON VEHICLE INSPECTION FOUND ENGINE FLOODED
  -NOTE ENGINE MUST BE FULLY WARM UP BEFORE IS TURNED OFF.
  PERFORM ENGINE DECARBONIZING PER PROGRAM 01015108
  APROVED BY MAZDA
  -ENGINE MUST BE FULLY WARM UP BEFORE IS TURNED OFF-

PARTS    QTY   FP NUMBER           DESCRIPTION              UNIT PRICE        WARRANTY
JOB # 1   1    0000-77-AB6         ZOOM POWER
                                                  JOB #  1 TOTAL PARTS          0.00

                                                  JOB #  1 TOTAL LABOR & PARTS  0.00

J# 2+22MAZMF        MIS-FIRES                    TECH(S):250          WARRANTY
  TOWED-IN CUST STS ENGINE CRANKS BUT START UP
  ELECTRONIC ENGINE DIAGNOSIS INDICATES A ENGINE MISFIRE
  FAULTY CODES P3004 AND P3002 RANDOM COIL MISFIRE
  REPLACED ALL IGNTION COILS AND RESET COMPUTER TO
  CORRECT CONCERN,REPAIRS APROVED BY MAZDA.

PARTS    QTY   FP NUMBER           DESCRIPTION              UNIT PRICE        WARRANTY
JOB # 2   4    N3H1-18-100B-9U     IGNITION C
                                                  JOB #  2 TOTAL PARTS          0.00

                                                  JOB #  2 TOTAL LABOR & PARTS  0.00

J# 3+03MAZBRKG      BRAKES/GREEN                 TECH(S):250                    0.00
  PERFORM BRAKE INSPECTION FRONT AND REAR AS PER FULL CIRCLE
  INSPECTION
  COMPLETED BRAKE INSPECTION AS PER FULL CIRCLE PROCESS,
  ADVISED CLIENT BRAKES ARE GREEN STATUS OK.

PARTS    QTY   FP NUMBER           DESCRIPTION              UNIT PRICE
                                                  JOB #  3 TOTAL PARTS          0.00

                                                  JOB #  3 TOTAL LABOR & PARTS  0.00

J# 4+23MAZBATTG     BATT/PASSED                  TECH(S):250                    0.00
  PERFORMED A BATTERY CHECK
  BATTERY IS NEW,REPLACED ON THIS REPAIRS

PARTS    QTY   FP NUMBER           DESCRIPTION              UNIT PRICE
                                                  JOB #  4 TOTAL PARTS          0.00

                                                  JOB #  4 TOTAL LABOR & PARTS  0.00

J# 5+25MAZTIRR      TIRES/RED                    TECH(S):250                    0.00
  PERFORM TIRE INSPECITON AS PER FULL CIRCLE PROCESS,
  ADVISED CLIENT TIRES ARE RED STATUS IMMEDIATE ATTENTION
  REQUIRED

PAGE 1 OF 2            CUSTOMER COPY         [CONTINUED ON NEXT PAGE]    05:51pm

14