John M. Thomas (#266842)
jthomas@dykema.com
DYKEMA GOSSETT LLP
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Phone: 734-214-7613
Attorneys for Defendant
Mazda Motor of America, Inc.,
d/b/a Mazda North American Operations

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DECKER, individually, and on behalf of a class of similarly situated individuals,<br><br>            Plaintiff,<br><br>     v.<br><br>MAZDA MOTOR OF AMERICA, INC.,<br><br>            Defendant. | NO.  SACV11-00873 AG-RNB<br>[CLASS ACTION]<br><br>Assigned for All Purposes to the Honorable Andrew J. Guilford - Ctrm 10D<br><br>Hearing Judge: Hon. Andrew J. Guilford<br>Hearing Date: March 17, 2014<br>Time: 10:00 a.m.<br>Courtroom:10D<br><br>Date Action Filed:   June 14, 2011<br>Trial Date:              August 19, 2014<br>Discovery Cut-Off: December 6, 2013<br>Pre-Trial Conference:   July 28, 2014<br><br>**JUDGMENT** |

This action came on for hearing before the Court on March 17, 2014, on the motion of Defendant Mazda Motor of America, Inc., for summary judgment on Plaintiff's claims for breach of warranty and violation of the California Unfair Competition Law (i.e., Counts Two and Three of the Second Amended Complaint). A decision having been rendered granting the motion with respect to those claims, Plaintiff having agreed to the voluntary dismissal of all other claims, and the Court having previously denied class certification with respect to all claims other than the breach of warranty claim, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Meghan Decker take nothing, that judgment is hereby entered in favor of Defendant and against Plaintiff Meghan Decker on all of Plaintiff's claims.

IT IS SO ORDERED

DATED: April 3, 2014

_____
The Honorable Andrew J. Guilford
United States District Judge

1